*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jeffrey L. Gambler
    Debtor(s)

Case No: 24−10219−pmm

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/16/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

 

For The Court

Timothy B. McGrath
Clerk of Court