United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey L. Gambler  
    Debtor

Case No. 24-10219-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 20, 2024      Form ID: 152      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jeffrey L. Gambler, 41 E Penn Ave, Alburtis, PA 18011-9547 |
| 14848922 | | Bridgecrest Credit Company LLC, 1800 N Colorado st, Gilbert, AZ 85233 |
| 14848926 | + | G.H. Harris Associates Inc, PO Box 216, Dallas, PA 18612-0216 |
| 14853964 | + | Midfirst Bank, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia,PA 19106-1541 |
| 14848936 | + | Service Electric Telephone Co, 4242 Mauch Chunk Road, Coplay, PA 18037-2107 |
| 14848937 | | Speed Leasing Company LLC, 1855 Griffin Park Rd - Ste B390, Dania, FL 33004-2246 |
| 14848938 | + | TCM of Mississippi, 601 Fillmore, Corinth, MS 38834-4826 |
| 14849132 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14848939 | + | Underkoffler Coal Service, 419 Julian Street, Williamstown, PA 17098-1314 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 21 2024 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2024 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2024 00:43:59 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2024 00:44:41 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14850010 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2024 00:45:18 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14864230 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 00:56:48 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14849636 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2024 01:07:34 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14848923 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 21 2024 00:38:00 | CCS Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 14848924 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 21 2024 00:37:00 | Dept of Education/NELNET, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14848925 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 21 2024 00:45:30 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14848927 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 00:37:00 | IRS, Department of TresuryPO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 152 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14848928 | ^ | MEBN | Mar 21 2024 00:28:28 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14849080 | + | Email/Text: inchargehq@westcreekfin.com | Mar 21 2024 00:38:00 | Koalafi, 424 Hull St, STE 600, Richmond, VA 23224-4114 |
| 14848929 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 21 2024 00:37:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14858073 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 21 2024 00:43:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14857084 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 21 2024 00:56:45 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14848930 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 21 2024 00:43:51 | Merrick Bank Corp., 10705 S Jordan Gtwy, Suite 200, South Jordan, UT 84095-3977 |
| 14848931 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2024 00:37:00 | Midland Credit Management, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 14848932 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2024 00:37:00 | Midland Funding, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 14848933 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 21 2024 00:44:40 | Midland MTG/MidFirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14848934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2024 00:45:22 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14848935 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 21 2024 00:44:40 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14852620 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 21 2024 00:37:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14849638 | *+ | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 152 | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Jeffrey L. Gambler claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Jeffrey L. Gambler

    Debtor(s)

Case No: 24−10219−pmm

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/16/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

For The Court

Timothy B. McGrath
Clerk of Court

17
Form 152