Certificate Number: 17082-PAE-DE-038413973

Bankruptcy Case Number: 24-10219



17082-PAE-DE-038413973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2024</u>, at <u>7:12</u> o'clock <u>PM MST</u>, <u>JEFFREY L GAMBLER</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 24, 2024</u>         By:    <u>/s/Orsolya K Lazar</u>

                                    Name:  <u>Orsolya K Lazar</u>

                                    Title:  <u>Executive Director</u>