UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Jeffrey L. Gambler<br><br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-10219-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of July, 2024, by first class mail upon those listed below:

Jeffrey L. Gambler
41 E Penn Ave
Alburtis, PA  18011

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                                                /s/ Kristen Gliem
                                                                Kristen Gliem
                                                                for
                                                                Scott F. Waterman, Esquire
                                                                Standing Chapter 13 Trustee